ORIGINAL FILED
08 FEB 21 PM 3:07
RICHARD W. [WIEKING]
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  INTERSCOPE RECORDS; CAROLINE
   RECORDS, INC.; VIRGIN RECORDS
8  AMERICA, INC.; WARNER BROS. RECORDS
   INC.; UMG RECORDINGS, INC.; and CAPITOL
9  RECORDS, INC.
10

E-filing

HRL

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12

13

14  SONY BMG MUSIC ENTERTAINMENT, a       CASE NO. CV 08 1042
    Delaware general partnership; INTERSCOPE
15  RECORDS, a California general partnership;   **CERTIFICATION OF INTERESTED
    CAROLINE RECORDS, INC., a New York         ENTITIES OR PERSONS**
16  corporation; VIRGIN RECORDS AMERICA,
    INC., a California corporation; WARNER
17  BROS. RECORDS INC., a Delaware
    corporation; UMG RECORDINGS, INC., a
18  Delaware corporation; and CAPITOL
19  RECORDS, INC., a Delaware corporation,
20              Plaintiffs,
21       v.
22
23  JOHN DOE,
                Defendant.
24

25
26
27
28

Certification of Interested Entities or Persons
Case No.
#35735 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS: UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff CAROLINE RECORDS, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group Limited.

The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group Limited.

The following companies are parents of, or partners in Plaintiff WARNER BROS. RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group

1  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
2  publicly traded in the U.S.
3  　　　The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
4  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
5  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
6  publicly traded. Vivendi S.A. is publicly traded in France.
7  　　　The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
8  Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
9  EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
10 Virgin Music Group Ltd.; and EMI Group Limited.

12 Dated: February 21, 2008

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; CAROLINE RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; and CAPITOL RECORDS, INC.