UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sony BMG Music Entertainment, a Delaware general partnership, et.al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>John Doe,<br><br>　　　　Defendant._____ / | No. C08-01042<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for June 10, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: June 4, 2008　　　　　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Matthew Franklin Jaksa    matt.jaksa@hro.com, asma.zia@hro.com, dawniell.zavala@hro.com, della.grant@hro.com, joel.rayala@hro.com, molly.morris@hro.com

Dawniell Alise Zavala    dawniell.zavala@hro.com