United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT et al,<br><br>    Plaintiff(s),<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant(s). | No. C 08-01042 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, August 4, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

    Richard W. Wieking
    Clerk, U.S. District Court

Dated: June 5, 2008    Anthony Bowser, Deputy Clerk to the
    Honorable Marilyn Hall Patel
    (415) 522-3140