1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  INTERSCOPE RECORDS; CAROLINE
   RECORDS, INC.; VIRGIN RECORDS
8  AMERICA, INC.; WARNER BROS. RECORDS
   INC.; UMG RECORDINGS, INC.; and CAPITOL
9  RECORDS, INC.
10
11                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION
13

14 | SONY BMG MUSIC ENTERTAINMENT, a        | CASE NO. 3:08-CV-01042 MHP
   | Delaware general partnership; INTERSCOPE |
15 | RECORDS, a California general partnership; | **AMENDED CERTIFICATION OF**
   | CAROLINE RECORDS, INC., a New York     | **INTERESTED ENTITIES OR PERSONS**
16 | corporation; CAPITOL RECORDS, LLC, a   |
17 | Delaware limited liability company; WARNER |
   | BROS. RECORDS INC., a Delaware         |
18 | corporation; and UMG RECORDINGS, INC., a |
19 | Delaware corporation,                  |

20              Plaintiffs,
21      v.
22
23 MARCOS CRONANDER,
24              Defendant.
25
26
27
28

AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:08-CV-01042 MHP
#38611 v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French company.

Plaintiff CAROLINE RECORDS, INC.'s ultimate parent is Maltby Capital Limited, which is not publicly traded.

Plaintiff CAPITOL RECORDS, INC. has changed its name to CAPITOL REOCRDS, LLC. Plaintiff CAPITOL RECORDS, LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Dated: July 7, 2008                                    HOLME ROBERTS & OWEN LLP


By: ____*/s/ Dawniell Alise Zavala*_____
     DAWNIELL ALISE ZAVALA
     Attorney for Plaintiffs
     SONY BMG MUSIC
     ENTERTAINMENT; INTERSCOPE
     RECORDS; CAROLINE RECORDS,
     INC.; CAPITOL RECORDS, LLC;
     WARNER BROS. RECORDS INC.; and
     UMG RECORDINGS, INC.

1