AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; CAROLINE RECORDS, INC., a New York corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | **SUMMONS IN A CIVIL ACTION (FIRST AMENDED COMPLAINT)**<br><br>CASE NUMBER: 3:08-cv-01042 MHP |

V.

MARCOS CRONANDER

TO:

Marcos Cronander
1800 Laguna Street
San Francisco, CA 94115

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**DAWNIELL ZAVALA (SBN: 253130)**     **PHONE:**   (415) 268-2000
**560 MISSION STREET, 25TH FLOOR**    **FAX:**     (415) 268-1999
**SAN FRANCISCO, CA 94105-2994**

an answer to the amended complaint which is served on you with this summons, within ___20___ days after service of summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**                    JUL - 7 2008
_____         _____
CLERK                                     DATE

GINA AGUSTINE-RIVAS
_____
(By) DEPUTY CLERK

| AO 440 (Rev. 8/01) Summons in a Civil Action | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

Signature of Server _____

Address of Server _____

---

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.