Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:      dawniell.zavala@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
INTERSCOPE RECORDS; CAROLINE
RECORDS, INC.; VIRGIN RECORDS
AMERICA, INC.; WARNER BROS. RECORDS
INC.; UMG RECORDINGS, INC.; and CAPITOL
RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; CAROLINE RECORDS, INC., a New York corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br><br>MARCOS CRONANDER,<br><br>          Defendant. | CASE NO. 3:08-CV-01042-MHP<br><br>Honorable Marilyn Hall Patel<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs respectfully request that the Court continue the case management conference currently set for August 4, 2008, at 4:00 p.m., to October 6, 2008. As further explained below, Defendant Marcos Cronander ("Defendant") has not appeared in this action. Therefore, a case management conference is unnecessary at this time.

1.      Plaintiffs have not requested and the court has not ordered any previous continuances of the case management conference in this matter.

2.      Plaintiffs initially filed the Complaint in this matter against a John Doe defendant. In order to discover the Doe defendant's true identity, Plaintiffs also filed an *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP"), in this case University of California, Santa Cruz. Once the court granted the discovery order, Plaintiffs then served a subpoena on the ISP, which thereafter identified the Defendant, Marcos Cronander.

3.      Once the ISP identified Defendant, Plaintiffs sent him a letter on April 29, 2008 notifying him of Plaintiffs' claims and encouraging him to contact Plaintiffs and attempt to amicably resolve this matter. Defendant did not respond to this letter. Accordingly, on July 7, 2008, Plaintiffs filed the Complaint naming Mr. Cronander individually as the Defendant.

4.      Defendant was served with process on July 16, 2008, by substitute service. Defendant has not answered or otherwise responded to the Complaint. Accordingly, if Defendant does not respond to this action by August 18, 2008, Plaintiffs will file a request for entry of clerk's default at that time.

5.      Given the circumstances of this case, there is no need for a case management conference at this time. Therefore, Plaintiffs respectfully request that the Court continue the case management conference from August 4, 2008, at 4:00 p.m., to October 6, 2008, or such other date as conveniences the Court.

Dated: July 24, 2008                          HOLME ROBERTS & OWEN LLP


                                              By: _____/s/ Dawniell Alise Zavala___
                                                   DAWNIELL ALISE ZAVALA
                                                   Attorney for Plaintiffs

1

1

## **[PROPOSED]ORDER**

2       Good cause having been shown:

3       **IT IS ORDERED** that the case management conference currently set for August 4, 2008, at

4   4:00 p.m., be continued to October 6, 2008.

5

6

7   Dated: _____        By: _____

8                                              Honorable Marilyn Hall Patel
                                               United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2