Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
INTERSCOPE RECORDS; CAROLINE
RECORDS, INC.; VIRGIN RECORDS
AMERICA, INC.; WARNER BROS. RECORDS
INC.; UMG RECORDINGS, INC.; and CAPITOL
RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; CAROLINE RECORDS, INC., a New York corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARCOS CRONANDER,<br><br>Defendant. | CASE NO. 3:08-CV-01042-MHP<br><br>Honorable Marilyn Hall Patel<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

1  Defendant Marcos Cronander ("Defendant") was served with the Summons and Complaint
2  on July 16, 2008, by substituted service. Plaintiffs and Defendant, each through their counsel,
3  hereby stipulate to extend the time in which Defendant has to answer or otherwise respond to the
4  Complaint for thirty (30) days to September 4, 2008.
5  For purposes of this stipulation, counsel agree that faxed signatures are to be honored to the
6  same extent as true signatures.
7
8  Dated: July 31, 2008                              HOLME ROBERTS & OWEN LLP
9
10                                                   By: _____
11                                                   DAWNIELL ALISE ZAVALA
                                                     Attorney for Plaintiffs
12
13  Dated: July 31, 2008                             JEFFREY BRANDSTETTER
14
15                                                   By: _____
16                                                   JEFFREY BRANDSTETTER
                                                     Attorney for Defendant
17
18
19  **IT IS ORDERED** that Defendant's time to answer or otherwise respond to the Complaint be
20  extended to September 4, 2008.
21
22  Dated: _____    By: _____
                                    Honorable Marilyn Hall Patel
23                                  United States District Judge
24
25
26
27
28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
Case No. 3:08-CV-01042-MHP
#39108 v1