Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
INTERSCOPE RECORDS; CAROLINE
RECORDS, INC.; VIRGIN RECORDS
AMERICA, INC.; WARNER BROS. RECORDS
INC.; UMG RECORDINGS, INC.; and CAPITOL
RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; CAROLINE RECORDS, INC., a New York corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARCOS CRONANDER,<br><br>Defendant. | CASE NO. 3:08-CV-01042-MHP<br><br>Honorable Marilyn Hall Patel<br><br>SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
Case No. 3:08-CV-01042-MHP
#39108 v2 sf

1  Defendant Marcos Cronander ("Defendant") was served with the Summons and Complaint
2  on July 16, 2008, by substituted service. Plaintiffs and Defendant, each through their counsel,
3  hereby stipulate to extend the time in which Defendant has to answer or otherwise respond to the
4  Complaint to September 30, 2008. The parties have entered into a settlement agreement and
5  anticipate that the case will be dismissed before the end of September, but prefer to extend the time
6  for Defendant to respond to the Complaint in the event that problems arise with the settlement.
7  For purposes of this stipulation, counsel agree that faxed signatures are to be honored to the
8  same extent as true signatures.

10  Dated: September 11, 2008            HOLME ROBERTS & OWEN LLP

12                                       By: _____
                                         DAWNIELL ALISE ZAVALA
13                                       Attorney for Plaintiffs

15  Dated: September 11, 2008            JEFFREY BRANDSTETTER

17                                       By: _____
                                         JEFFREY BRANDSTETTER
18                                       Attorney for Defendant

21  **IT IS ORDERED** that Defendant's time to answer or otherwise respond to the Complaint be
22  extended to September 30, 2008.

23  Dated: 9/12/2008                     By: _____
24                                       Honorable Marilyn Hall Patel
                                         United States District

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
Case No. 3:08-CV-01042-MHP
#39108 v2 saf