Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
INTERSCOPE RECORDS; CAROLINE RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; and CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; CAROLINE RECORDS, INC., a New York corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>       v.<br><br>MARCOS CRONANDER,<br><br>                    Defendant. | CASE NO. 3:08-CV-01042-MHP<br><br>Honorable Marilyn Hall Patel<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1   Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice their
2   copyright infringement claim against Defendant Marcos Cronander, each party to bear its/his own
3   fees and costs.  The Clerk of Court is respectfully requested to close this case.

5   Dated:   September 17, 2008           HOLME ROBERTS & OWEN LLP

7                                          By     */s/ Dawniell Zavala*
                                                  DAWNIELL ZAVALA
8                                                 Attorney for Plaintiffs



IT IS SO ORDERED
Judge Marilyn H. Patel

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. 3:08-CV-01042-MHP
#40072 v1 saf

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On September 17, 2008, I served the foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Jeff Brandstetter, Esq.
> 1 Market Spear Tower 36th Floor
> San Francisco, CA 94105

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 17, 2008 at San Francisco, California.

*/s/ Della Grant*
———————————————
Della Grant